# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

Priority ✓
Send
Enter ✓
Closed
JS-5/JS-6 ✓
Scan Only

**CASE NO.:** CV 06-5520 SJO (FFMx)  **DATE:** October 16, 2006

**TITLE:** On Command Video Corporation v. KoolConnect Technologies, Inc.

================================================================

**PRESENT:** THE HONORABLE S. JAMES OTERO, UNITED STATES DISTRICT JUDGE

Victor Paul Cruz                    Leandra Amber
Courtroom Clerk                     Court Reporter

**COUNSEL PRESENT FOR PLAINTIFF(S):**    **COUNSEL PRESENT FOR DEFENDANT(S):**

Heather H. Gilhooly                 Christine R. Fitzgerald

================================================================

**PROCEEDINGS: DEFENDANT KOOLCONNECT'S MOTION TO DISMISS PURSUANT TO FRCP 12(b)(2), OR IN THE ALTERNATIVE, TRANSFER VENUE PURSUANT TO 28 U.S.C. 1404; (2) DISMISS PLAINTIFF'S SECOND CAUSE OF ACTION PURSUANT TO FRCP 12(b)(6), AND (3) STRIKE ALLEGATIONS OF COMPLAINT PURSUANT TO FRCP 12(f)**

Hearing held. The Court will not allow jurisdictional discovery. Counsel argue. The Court grants the motion to dismiss.



MINUTES FORM 11                                              : 0/40
CIVIL GEN                    Page 1 of 1           Initials of Preparer  Vpc